UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| JENI LITTLETON,<br><br>  Plaintiff,<br><br>  vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,[1]<br><br>  Defendant. | Civil No. 2:16-CV-01299-KLS<br><br><br>ORDER ON REMAND |

The parties stipulate that the above-captioned case be reversed and remanded to the Commissioner of Social Security (Commissioner) for further administrative proceedings and a new decision. Under sentence four of 42 U.S.C. Section 405(g), this Court has the power "to enter upon the pleadings and transcript of the record a judgment affirming, modifying, or reversing the decision of the Commissioner, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g) [sentence 4].

_____

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. The Clerk is directed to update the docket, and all future filings by the parties should reflect this change.

Upon remand, the Administrative Law Judge will reevaluate the medical source opinions of Victoria McDuffee, P.h.D., and Steven Haney, M.D., and provide rationale supported by the record for the weight accorded these opinions. The Administrative Law Judge will reevaluate the claimant's symptoms in accordance with SSR 16-3p and the claimant's maximum residual functional capacity. The Administrative Law Judge will obtain further vocational evidence.

Plaintiff will be entitled to reasonable attorney fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to the Court.

IT IS SO ORDERED.

DATED this 8th day of February, 2017.

Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ Terrye E. Shea
TERRYE E. SHEA
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2143
Fax: (206) 615-2531
terrye.shea@ssa.gov